In re Knight, Phillip J.; — Plaintiff; Applying For Supervisory and/or Remedial *499 Writs, Parish of Jefferson, 24th Judicial District Court Divs. D, A, Nos. 86-544, 00-6148; to the Court of Appeal, Fifth Circuit, Nos. 12-KH-739, 12-KH-933, 12-KH-934,13-KH-202,13-KH-203.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; see also State ex rel. Fleury v. State, 93-2898 (La.10/13/95), 661 So.2d 488.